```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 10601
   STEPHANIE WILLIAMS
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-9297


--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
      The case was filed on 04/29/2008 and was confirmed 08/04/2008.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was dismissed after confirmation 11/17/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                            PAID        PAID
--------------------------------------------------------------------------
ARONSON FURNITURE          NOTICE ONLY    NOT FILED          .00         .00
ARONSON FURNITURE          SECURED           650.00          .00       37.88
HSBC AUTO FINANCE          SECURED VEHIC   22219.13          .00      606.12
GREGORY EMERGENCY PHYSIC   NOTICE ONLY    NOT FILED          .00         .00
GREGORY EMERGENCY PHYSIC   UNSECURED      NOT FILED          .00         .00
CERTEGY PAYMENT RECOVERY   NOTICE ONLY    NOT FILED          .00         .00
CERTEGY PAYMENT RECOVERY   UNSECURED      NOT FILED          .00         .00
NICOR GAS                  UNSECURED      NOT FILED          .00         .00
NICOR GAS                  NOTICE ONLY    NOT FILED          .00         .00
PEOPLES GAS                NOTICE ONLY    NOT FILED          .00         .00
PEOPLES GAS LIGHT & COKE   UNSECURED         309.26          .00         .00
ST BERNARDS HOSPITAL       UNSECURED      NOT FILED          .00         .00
ST FRANCIS HOSPITAL        UNSECURED      NOT FILED          .00         .00
ECMC                       UNSECURED         1385.56         .00         .00
WELLS FARGO AUTO FINANCE   UNSECURED         15147.35        .00         .00
DAFFNIE BLACKWELL          NOTICE ONLY    NOT FILED          .00         .00
WELLS FARGO AUTO FINANCE   SECURED NOT I      .00            .00         .00
ECMC                       UNSECURED          439.91         .00         .00
ARONSON FURNITURE          UNSECURED          161.76         .00         .00
ECAST SETTLEMENT           UNSECURED          679.30         .00         .00
STEFANS STEFANS & STEFAN   DEBTOR ATTY       3,000.00                  322.00
TOM VAUGHN                 TRUSTEE                                      84.00
DEBTOR REFUND              REFUND                                     1,300.00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS         DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                   2,350.00

PRIORITY                                         .00
SECURED                                       644.00

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 10601 STEPHANIE WILLIAMS
```

```
UNSECURED                                                               .00
ADMINISTRATIVE                                                       322.00
TRUSTEE COMPENSATION                                                  84.00
DEBTOR REFUND                                                      1,300.00
                                  ---------------         ---------------
TOTALS                                   2,350.00                2,350.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                /s/ Tom Vaughn
Dated: 02/24/09                 _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE
```